## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SASHA LEE**                                                    **PLAINTIFF**

**v.**                          **Case No. 4:26-cv-354-JM**

**UNITED PARCEL SERVICE, INC.**                          **DEFENDANT**

### ORDER

On April 14, 2025, I granted Plaintiff Sasha Lee's petition to proceed *in forma pauperis* and screened her Complaint. (Doc. 4). Noting that her allegations of workplace discrimination were insufficiently pleaded under both Title VII and the Americans with Disabilities Act, I gave Lee an opportunity to amend her complaint, which she did. Lee's Amended Complaint (Doc. 5) cures the deficiencies surrounding her allegations of sexual harassment, retaliation, and constructive discharge. These Title VII allegations will be served.  Lee has not, however, stated a plausible ADA claim; therefore, that claim is dismissed.

Lee is required to be familiar and comply with the Federal Rules of Civil Procedure as well as the Local Rules of this Court.[1] Local Rule 5.5(c)(2) instructs *pro se* parties that it is their responsibility to notify the Clerk and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. *Pro se* parties, those representing themselves without an attorney, should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a *pro se* party is not responded to within thirty (30) days, the <u>Court may dismiss the case for failure to prosecute</u>.

The Clerk of Court is directed to prepare summons for Defendant United Parcel Service, Inc. and deliver it along with a copy of the Complaint, Amended Complaint, the initial screening

---

[1] These rules are available online at http://www.uscourts.gov/rules-policies/current-rules-practice-procedure and http://www.are.uscourts.gov/court-info/local-rules-and-orders/local-rules.

Order (Doc. 4) and this Order, to the United States Marshal for the Eastern District of Arkansas. The Court directs the Marshal to serve process on Defendant through any registered agent, officer, managing agent, or any other agent authorized to receive service at the following addresses without prepayment of fees: (1) UPS, Inc., 5501 Fourche Dam Pike, Little Rock, Arkansas 72206 and (2) UPS, Inc. c/o Corporation Service Company, 300 S. Spring St., Ste. 900, Little Rock, Arkansas 72201. The Marshal must complete service by certified mail, restricted delivery, return receipt requested.

IT IS SO ORDERED this 10th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE

2